No. 5213. LAMBRIGHT v. CRAVEN, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 5214. STEGEMAN ET UX. v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 5215. STARR v. COX, PENITENTIARY SUPERINTENDENT. Sup. Ct. App. Va. Certiorari denied.

No. 5216. GIBSON v. MASSACHUSETTS. Sup. Jud. Ct. Mass. Certiorari denied.

No. 5219. SHAH v. IMMIGRATION AND NATURALIZATION SERVICE. C. A. 7th Cir. Certiorari denied.

No. 5220. GILMORE v. GORDON ET AL., MEMBERS OF CALIFORNIA ADULT AUTHORITY. C. A. 9th Cir. Certiorari denied.

No. 5221. ALEXANDER v. LYNCH, ATTORNEY GENERAL OF CALIFORNIA, ET AL. C. A. 9th Cir. Certiorari denied.

No. 5222. TROCHE v. NEW YORK. Ct. App. N. Y. Certiorari denied.

No. 5223. LARES v. BETO, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied.

No. 5225. NEWSOME v. MAXWELL, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 5227. SHARPE v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 5228. CORTES ET AL. v. PUERTO RICO ET AL. C. A. 1st Cir. Certiorari denied.

No. 5229. GIBSON v. UNITED STATES. C. A. 5th Cir. Certiorari denied.